COOLEY GODWARD KRONISH LLP
STEVEN L. FRIEDLANDER (154146) (friedlanders@cooley.com)
BENJAMIN KLEINE (257225) (bkleine@cooley.com)
LAURA A. TERLOUW (260708) (lterlouw@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

ATTORNEYS FOR DEFENDANTS
SYMYX TECHNOLOGIES, INC., AND ELSEVIER, INC.

LEVINE & BAKER LLP
RICHARD E. LEVINE (88729) (rlevine@levinebakerlaw.com)
One Maritime Plaza, Suite 400
San Francisco, CA 94111
Telephone:    (415) 391-8177
Facsimile:    (415) 391-8488

ATTORNEYS FOR PLAINTIFFS
ROBERT OLSZEWSKI, SARA BERTSCH, JACQUELINE MACIA, PHILIP MCHALE, AND RUSSELL BLACKADAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT OLSZEWSKI, SARA BERTSCH, JACQUELINE MACIA, PHILIP McHALE, and RUSSELL BLACKADAR, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SYMYX TECHNOLOGIES, INC., and ELSEVIER, INC.,<br>Corporations,<br><br>Defendants. | Civil Action No. CV 08 3657 HRL<br><br>STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE |

Pursuant to Rule 29(b) of the Federal Rules of Civil Procedure, and United States District Court for the Northern District of California Civil L.R. 6-2(a), plaintiffs Robert Olszewski, Sara Bertsch, Jacqueline Macia, Philip McHale, and Russell Blackadar (collectively, "Plaintiffs") and defendants Symyx Technologies, Inc. ("Symyx") and Elsevier, Inc. ("Elsevier"), by and through

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION TO POSTPONE CMC;
ORDER
CV 08 3657 HRL

their respective counsel, hereby submit the following joint stipulation:

Because on April 21, 2009 the Court will hear Symyx's motion to dismiss (filed February 27, 2009) and Elsevier's motion to dismiss (scheduled to be filed March 13, 2009), and because the parties believe it important and efficient to have the benefit of the Court's orders on these motions in conferring and formulating a discovery plan pursuant to Rule 26(f)(2) & (3) of the Federal Rules of Civil Procedure, the parties hereby request that the Court postpone, and stipulate that the Court postpone, the Case Management Conference in this matter currently scheduled for Tuesday, April 7, 2009 at 1:30 pm until Tuesday, May 19, 2009 at 1:30 pm.

**IT IS SO STIPULATED:**

Dated: March 13, 2009

COOLEY GODWARD KRONISH LLP
STEVEN L. FRIEDLANDER (154146)
BENJAMIN KLEINE (257225)
LAURA A. TERLOUW (260708)

STEVEN L. FRIEDLANDER (154146)
ATTORNEYS FOR DEFENDANTS
SYMYX TECHNOLOGIES, INC., AND ELSEVIER, INC.

Dated: March 13, 2009

LEVINE & BAKER LLP
RICHARD E. LEVINE (88729)

RICHARD E. LEVINE (88729)
ATTORNEYS FOR PLAINTIFFS
ROBERT OLSZEWSKI, SARA BERTSCH, JACQUELINE MACIA, PHILIP MCHALE, AND RUSSELL BLACKADAR

**IT IS SO ORDERED:**

Dated: 3/19/09

Honorable Howard R. Lloyd
United States District Court Magistrate Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION TO POSTPONE CMC;
ORDER
CV 08 3657 HRL

COOLEY GODWARD KRONISH LLP
STEVEN L. FRIEDLANDER (154146) (friedlanders@cooley.com)
BENJAMIN KLEINE (257225) (bkleine@cooley.com)
LAURA A. TERLOUW (260708) (lterlouw@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

ATTORNEYS FOR DEFENDANTS
SYMYX TECHNOLOGIES, INC., AND ELSEVIER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT OLSZEWSKI, SARA BERTSCH, JACQUELINE MACIA, PHILIP McHALE, and RUSSELL BLACKADAR, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> SYMYX TECHNOLOGIES, INC., and ELSEVIER, INC., Corporations, <br><br> Defendants. | Civil Action No. CV 08 3657 HRL <br><br> **DECLARATION OF STEVEN L. FRIEDLANDER IN SUPPORT OF STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE** |

I, Steven L. Friedlander, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts below. I submit this declaration in support of the parties' joint stipulation to postpone the Case Management Conference currently scheduled for Tuesday, April 7, 2009 at 1:30 pm until Tuesday, May 19, 2009 at 1:30 pm.

2. As counsel for defendant Symyx Technologies, Inc. (Symyx) and defendant Elsevier, Inc. ("Elsevier") (collectively, "Defendants"), I have conferred with Richard E. Levine, counsel for plaintiffs Robert Olszewski, Sara Bertsch, Jacqueline Macia, Philip McHale, and Russell Blackadar (collectively, "Plaintiffs") regarding postponement of the Case Management

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DECL. OF STEVEN L. FRIEDLANDER
CV 08 3657 HRL

Conference. Mr. Levine and I have signed the stipulation submitted herewith.

3. On April 21, 2009, this Court will hear Symyx's motion to dismiss (filed February 27, 2009) and Elsevier's motion to dismiss (scheduled to be filed March 13, 2009). I have conferred with Mr. Levine and we have both agreed that it is important and efficient to have the benefit of the Court's orders on Symyx's and Elsevier's motions in conferring and formulating a discovery plan pursuant to Rule 26(f)(2) & (3) of the Federal Rules of Civil Procedure. Therefore, Mr. Levine and I have agreed to submit the stipulation filed herewith that asks the Court to postpone the Case Management Conference currently scheduled for Tuesday, April 7, 2009, at 1:30 pm until Tuesday, May 19, 2009, at 1:30 pm.

4. The following time modifications have previously been made in this case:

(a) November 19, 2008 Clerk's Notice postponing November 25, 2009 Case Management Conference to December 9, 2008.

(b) December 8, 2009 Clerk's Notice postponing December 9, 2008 Case Management Conference to January 20, 2009 pursuant to Plaintiffs' ex parte application for continuance of the Case Management Conference due to Plaintiffs' failure to serve the Complaint on Defendants in light of Plaintiffs' decision to file a First Amended Complaint.

(c) January 20, 2009 Clerk's Notice postponing January 20, 2009 Case Management Conference to April 7, 2009 pursuant to Plaintiffs' motion to continue the Case Management Conference because Plaintiffs' First Amended Complaint was not served on Defendants until January 9, 2009.

(d) January 26, 2009 joint stipulation to extend the time for Symyx to respond to Plaintiffs' First Amended Complaint to January 27, 2009.

(e) March 5, 2009 joint stipulation to extend the time for Elsevier to respond to Plaintiffs' First Amended Complaint to March 13, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2009 in San Francisco, California.

_____
Steven L. Friedlander

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.     DECL. OF STEVEN L. FRIEDLANDER
CV 08 3657 HRL