| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | STEVEN L. FRIEDLANDER (154146) (friedlanders@cooley.com)<br>BENJAMIN KLEINE (257225) (bkleine@cooley.com) |
| 3 | LAURA A. TERLOUW (260708) (lterlouw@cooley.com)<br>101 California Street, 5th Floor |
| 4 | San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000 |
| 5 | Facsimile: (415) 693-2222 |
| 6 | ATTORNEYS FOR DEFENDANTS<br>SYMYX TECHNOLOGIES, INC., AND ELSEVIER, INC. |
| 7 | LEVINE & BAKER LLP |
| 8 | RICHARD E. LEVINE (88729) (rlevine@levinebakerlaw.com)<br>One Maritime Plaza, Suite 400 |
| 9 | San Francisco, CA 94111<br>Telephone: (415) 391-8177 |
| 10 | Facsimile: (415) 391-8488 |
| 11 | ATTORNEYS FOR PLAINTIFFS<br>ROBERT OLSZEWSKI, SARA BERTSCH, JACQUELINE MACIA, PHILIP MCHALE, AND RUSSELL BLACKADAR |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT OLSZEWSKI, SARA BERTSCH, JACQUELINE MACIA, PHILIP McHALE, and RUSSELL BLACKADAR, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SYMYX TECHNOLOGIES, INC., and ELSEVIER, INC.,<br>Corporations,<br><br>Defendants. | Civil Action No. CV 08 3657 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

Pursuant to United States District Court for the Northern District of California Civil L.R. 6-2(a), plaintiffs Robert Olszewski, Sara Bertsch, Jacqueline Macia, Philip McHale, and Russell Blackadar (collectively, "Plaintiffs") and defendants Symyx Technologies, Inc. ("Symyx") and Elsevier Inc. ("Elsevier"), by and through their respective counsel, hereby submit the following

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION TO CONTINUE HEARING;
ORDER
CV 08 3657 HRL

joint stipulation:

Defendants' motions to dismiss were originally noticed for hearing on April 21, 2009. On April 16, 2009, the Court continued the hearing to May 26, 2009 at 10:00 a.m. Because counsel for defendants has a conflict on the May 26, 2009, the parties hereby request that the Court continue, and stipulate that the Court continue, the hearing on defendants' motions to dismiss currently scheduled for Tuesday, May 26, 2009 at 10:00 a.m. until Tuesday, June 2, 2009 at 10:00 a.m.

**IT IS SO STIPULATED:**

Dated: May 11, 2009

COOLEY GODWARD KRONISH LLP
STEVEN L. FRIEDLANDER (154146)
BENJAMIN KLEINE (257225)
LAURA A. TERLOUW (260708)

STEVEN L. FRIEDLANDER (154146)
ATTORNEYS FOR DEFENDANTS
SYMYX TECHNOLOGIES, INC., AND ELSEVIER INC.

Dated: May 8, 2009

LEVINE & BAKER LLP
RICHARD E. LEVINE (88729)

RICHARD E. LEVINE (88729)
ATTORNEYS FOR PLAINTIFFS
ROBERT OLSZEWSKI, SARA BERTSCH, JACQUELINE MACIA, PHILIP MCHALE, AND RUSSELL BLACKADAR

**IT IS SO ORDERED:**

Dated: 05/11/2009

_____
Honorable Howard R. Lloyd
United States District Court Magistrate Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION TO CONTINUE HEARING;
ORDER
CV 08 3657 HRL